IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARTHA NANCE,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CIVIL ACTION NO.
                                 )         2:00cv1025-T
MAX FEDERAL CREDIT UNION         )            (WO)
(MAX),                           )
                                 )
        Defendant.               )

ORDER

    Upon consideration of the opinion of the United States

Court of Appeals for the Eleventh Circuit entered on April

4, 2005, wherein the final judgment of this court made and

entered herein on May 21, 2001 (Doc. no. 47), was in all

respects affirmed; and the mandate of the United States

Court of Appeals for the Eleventh Circuit issued on May 3,

2005, and received in the office of the clerk of this court

on May 4, 2005 (Doc. no. 56), it is the ORDER, JUDGMENT, and

DECREE of the court that the final judgment of this court

made and entered on May 21, 2001 (Doc. no. 47), is continued

in full force effect.

    DONE, this the 11th day of May, 2005.


           ___/s/ Myron H. Thompson___
           UNITED STATES DISTRICT JUDGE